UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C23-0747JLR |
| Plaintiffs, | ORDER |
| v. | |
| FINE TIME BEAUTY LLC, et al., | |
| Defendants. | |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

*Id.* Here, it appears that Plaintiffs have failed to serve Defendants with a summons and a copy of Plaintiffs' complaint within the timeframe provided in Rule 4(m). (*See generally* Dkt.)

Accordingly, the court ORDERS Plaintiffs to SHOW CAUSE by **September 8, 2023**, why this action should not be dismissed for failure to comply with Rule 4(m). Alternatively, Plaintiffs may respond, by **September 8, 2023**, with proof that Defendants have in fact been served or have agreed to waive service. If Plaintiffs do not demonstrate good cause for the failure to comply with Rule 4(m), the court will dismiss the action without prejudice.

Dated this 28th day of August, 2023.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2